UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JACQUELINE GOUDEAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:20-cv-00229-HAB-SLC |
| ) | |
| NISHIKAWA COOPER LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jacqueline Goudeau and Defendant Nishikawa Cooper LLC, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate that all claims asserted in this matter against Defendant should be dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant request that the Court enter a final order dismissing all claims asserted in this matter against Defendant, with prejudice and with each party to bear its own fees and costs.

Respectfully submitted,

*s/ Jennifer Hitchcock*
Jennifer Hitchcock
LAW OFFICE OF JENNIFER L. HITCHCOCK
116 East Berry Street, Suite 625
Fort Wayne, IN  46802
Email:  jennifer@jhitchcocklaw.com

ATTORNEY FOR PLAINTIFF

*s/ Mark S. Kittaka*
Mark S. Kittaka (#16767-02)
mark.kittaka@btlaw.com
Carolina Flores (#35708-53)
carolina.flores@btlaw.com
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, IN 46802
Telephone: (260) 423-9440
Facsimile:  (260) 424-8316

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.

Mark S. Kittaka, Esq.
Mark.kittaka@btlaw.com
Carolina Flores, Esq.
carolina.flores@btlaw.com
BARNES & THORNBURG LLP
888 South Harrison Street, Suite 600
Fort Wayne, IN 46802

Jennifer Hitchcock, Esq.
jennifer@jhitchcocklaw.com
LAW OFFICE OF JENNIFER L. HITCHCOCK
116 East Berry Street, Suite 625
Fort Wayne, IN 46802

*s/ Mark S. Kittaka*
Mark S. Kittaka